**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 69 EM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TYREEK DENMARK | : | |
| | : | |
| | : | |
| PETITION OF: TYREEK DENMARK | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2023, in consideration of the "Application to Proceed *Pro Se*," this matter is REMANDED for the Court of Common Pleas of Philadelphia County to determine whether to permit Petitioner to proceed *pro se* or to appoint new counsel for allocatur review.

    The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.

    Justice McCaffery did not participate in the consideration or decision of this matter.